IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01336-WYD-MEH

BABAK IMANI,

    Plaintiff,

v.

ALBERTO R. GONZALES, in his official capacity as U.S. Attorney General;
ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation;
MICHAEL A. CANNON, in his official capacity as Section Chief of the National Name Check Program Section of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland
Security;
EMILIO GONZALEZ, in his official capacity as Director of the United States Citizenship and
Immigration Services; and
ROBERT MATHER, in his official capacity as Acting District Director, Denver, Colorado District Office of the United States Citizenship and Immigration Services,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Parties Stipulated Motion To Dismiss, filed September 26, 2007 (docket #14).  Pursuant to the Parties' Stipulated Motion to Dismiss, it is hereby

ORDERED that the motion is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, and that each party will bear its own costs and attorneys' fees.

Dated: September 28, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge